SPAETH, J., dissented. *Commonwealth v. Martin,* 466 Pa. 118, 351 A.2d 650 (1976).

391 A.2d 688

Commonwealth v. King, Appellant.

Submitted March 21, 1977. Douglas M. Johnson, Assistant Public Defender, for appellant; Robert A. Selig, Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.

HOFFMAN and SPAETH, JJ., dissented on the basis of *Commonwealth v. Dilbeck,* 466 Pa. 543, 353 A.2d 824, 827 (1976): "The failure to satisfy these minimal requirements [of the Comments to Pa.R.Crim.P. 319(a)] will result in reversal."

WATKINS, former P. J., did not participate in the consideration or decision of this case.